# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## MISC. NO. 1:08MC14

| | |
|---|---|
| MARY BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| CO.; BENJAMIN AIKEN; MIKE FORD; ) | |
| and JIMMY RAY THORNTON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on motion of the Movant Haywood Regional Medical Center, to withdraw its motion to quash subpoena previously filed herein on March 19, 2008.

For the reasons stated in the notice to withdraw and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Movant's motion is **ALLOWED**, and the motion to quash subpoena is hereby withdrawn.

2

Signed: March 28, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge